

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2025

No. 04-24-00808-CR

**EX PARTE** Carlos Fabian **BERNAL VASQUEZ**

From the County Court, Kinney County, Texas
Trial Court No. 11176CR
Honorable Molly Francis, Judge Presiding

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, we **DISMISS** Carlos Fabian Bernal Vasquez's appeal.

It is so **ORDERED** on May 28, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court